### 13046.   MAXWELL *v.* THE STATE.

BLOODWORTH, J.  1.  "A new trial will not be granted in a criminal case because of the relationship within the prohibited degrees of a juror to the accused, although such relationship was unknown to the accused and his counsel until after verdict." *Downing* v. *State*, 114 *Ga.* 30 (1) (39 S. E. 927) ; *Barnes* v. *State*, 17 *Ga. App.* 266 (2) (86 S. E. 461).
2. No error of law is shown to have been committed; the jury, who are the final arbiters where there is conflicting evidence, believed that of the State; the trial judge approved their finding; and the judgment is
*Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 18, 1922.

Indictment for manufacture of liquor; from Wilkes superior court — Judge Shurley. September 29, 1921.

*Hugh E. Combs, William Wynne,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.